UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: FOSTER, SHERRY                            CASE NO: 22-10665

DEBTOR                                           CHAPTER 7


SHERRY FOSTER                                    ADVERSARY NO. : 23-1002

PLAINTIFF

VERSUS

Capital City Credit, Inc.
Richard D. Bankston, in his individual capacity
Richard D. Bankston, Attorney at Law, Inc.
Baton Rouge Constable's Office

DEFENDANTS

**PLAINTIFF'S PROPOSED FIRST AMENDED**

**MOTION FOR VIOLATION OF THE AUTOMATIC STAY**

NOW INTO COURT, through undersigned counsel, comes Mrs. Sherry Foster, filing

Debtor in this suit, who respectfully requests that the court issue sanctions for the willful

violation of the automatic stay in accordance with 11 U.S.C. § 362(k).


**STATEMENT OF FACTS**

1. Mrs. Sherry Foster filed this Chapter 7 Bankruptcy in the Middle District of Louisiana on
   December 16, 2022.

2. At that time, her wages were being garnished by Capital City Credit.

3. Capital City Credit and Creditor's counsel were made aware of the filing of this suit on
   December 21, 2022 through the Bankruptcy Notification Center. Exhibit 1.

Page **1** of **6**

4. On December 19, 2022, and again on January 9, 2023 Debtor's Counsel faxed a copy of the Notice of Bankruptcy Case Filing to the Baton Rouge Constable's Office - Garnishment Division in order to notify the Constable's Office to stop the garnishment. Exhibit 2.

5. The garnishments did not stop. The garnishments continued, and according to the Garnishment Transactions Report prepared by the Baton Rouge Constable's Office – Garnishment Division dated January 26, 2023, and excluding the 6% fee assessed by the Garnishment Division, Mrs. Foster was garnished $96.91 on December 27, 2022, $104.22 on January 4, 2023, and $77.60 on January 11, 2023. Exhibit 3.

6. On January 11, 2023, the same day that Capital City Credit successfully garnished Mrs. Foster for the final time, they also submitted a Claim in this Bankruptcy case for $396.98. See Claims Register in this suit at 1. Exhibit 4.

## STATEMENT OF LAW AND ARGUMENT

"When a bankruptcy petition is filed, an automatic stay operates as a self-executing injunction." Campbell v. Countrywide Home Loans, Inc., 545 F.3d 348, 354–355 (5th Cir. 2008). The automatic stay protects the debtor from further collection actions for debts that arose prior to the filing. 11 U.S.C § 362. This stay applies to the commencement or continuation of a proceeding against the actor, 11 U.S.C § 362(a), as well as the enforcement of a judgement obtained before the petition was filed. 11 U.S.C. § 362(b). This stay extends not just to the debtor but also to the property of the debtor's estate. Id.

"The automatic stay is one of the most fundamental and important protections given to debtors under the Bankruptcy Code." In re Highsmith, 542 B.R. 738, 746–47 (Bankr. M.D.N.C.

2015). Should that stay be violated, 11 U.S.C § 362(k) provides a private right of action to the debtor:

> (A)n individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages.

The 5th Circuit has established a three-part test to establish an actionable violation of the automatic stay. The debtor must establish: "(1) the creditor must have known of the existence of the stay, (2) the creditor's acts must have been intentional, and (3) the creditor's acts must have violated the stay." In re Burns, 503 B.R. 666, 672 (Bankr. S.D. Miss. 2013) (citing In re Repine, 536 R.3d at 519).

Having proven these three elements, the debtor "may recover actual damages, including attorney's fees, and, if appropriate, punitive damages." In re Burns, 503 B.R. at 674. Punitive damages are appropriate in the case of "egregious conduct," including ignoring warnings regarding violations of the automatic stay, failing to appear before the Bankruptcy Court, and persisting in collection efforts despite the Bankruptcy Court's admonishment. In re Repine, 536 F.3d 512, 521 (5th Cir. 2008). Damages for emotional distress may also be recovered if debtor can show a "specific discernable injury to [his or her] emotional state, proven with evidence regarding the nature of extent of the harm." Id. (quoting In re Collier, 410 B.R. 464, 477 (Bankr. S.D. Tex. 2009)).

The 5th Circuit "has held that a 'willful' violation of the automatic stay means acting with knowledge of the stay" and does not require specific intent. Campbell, 545 F.3d at 355. "Rather, the stay provides for damages upon a finding that the defendant knew of the automatic

stay and the defendant's actions which violated the stay were intentional." Id. (quoting In re Chesnut, 422 F.3d 298, 302 (5th Cir. 2005)).

"When reasonable, actual notice is received, it becomes the creditor's responsibility to ensure it has not violated the stay." In re Highsmith, 542 B.R. at 747. If the stay is violated before the receipt of actual notice, the creditor is responsible for reversing any action taken through direct and affirmative measures. Id.


Creditor Capital City Credit and their Counsel knew of the Automatic Stay on December 21, 2022 according to the records of this Court. Yet, on three occasions thereafter they continued to garnish Mrs. Sherry Foster's wages intentionally and in violation of the Automatic Stay instituted at the date of filing in this case. On the date of the last garnishment, January 11, 2023, Capital City Credit filed a Claim in the Claims Register of this suit for $396.98.

Finally, and perhaps most disconcertingly is that the $396.98 filed in the Claims Register of this Court may be incorrect. According to the Baton Rouge Constable's Office Garnishment Transaction Report, as of December 15, 2022 the remaining balance owed was $514.58. Exhibit 3. The three garnishments taken by Capital City Credit and their Counsel ($96.01 on December 27, 2022, $104.22 on January 4, 2023 and $77.60 on January 11, 2023) total $278.73. At no point has Capital City Credit nor its Counsel of Record attempted to repay the garnishments nor reverse any action taken through direct and affirmative measures. Subtracting the pre-petition balance of $514.58 from $278.73 yields $235.85, yet Capital City Credit and its Counsel of Record filed, in the Claims Register in this suit and before this Court, filed a claim for $396.98, an amount that is greater than the balance owed, as stated upon other contemporaneous documents. Mrs. Sherry Foster cannot understand or explain why this is so.

Mrs. Foster submits that all three elements of the test in <u>Campbell</u> have been met upon these aforementioned facts.

## **PRAYER**

For the reasons stated above, Mrs. Sherry Foster respectfully request that this Court exercise its inherent power and enter an Order of Sanctions against Creditor Capital City Credit and their Counsel of Record for violations of the Automatic Stay and that the same be ordered to pay back the garnished wages with interest, pay actual and punitive damages, including reasonable, customary attorney's fees, costs and expenses, and any other relief that this Court may consider and award.

Mrs. Sherry Foster last requests a Finding of Fact and Conclusion of Law that under Louisiana Revised Statute 20:32 her post-petition wages were "legally exempt" within the meaning of that statute.

Respectfully submitted:

X_____
Jason Stinnett
Louisiana Bar Roll # 38594
State Bar of Texas # 24075682

SOUTHEAST LOUISIANA LEGAL SERVICES
715 St. Ferdinand Street
Baton Rouge, LA 70802
Office: 225-448-0080 ext. 309
Fax: 225-383-1197
jstinnett@slls.org

Counsel for Mrs. Sherry Foster

Mrs. Sherry Foster requests the Clerk of this Court issue Summons to:

Capital City Credit, Inc.
Through their Counsel of Record, Mr. Richard Bankston
427 South Foster Drive
Baton Rouge, LA 70806

Mr. Richard Bankston, in his personal capacity
427 South Foster Drive
Baton Rouge, LA 70806

Richard Bankston, Attorney at Law, Inc.
427 South Foster Drive
Baton Rouge, LA 70806

Gregory Rome, City of Baton Rouge Attorney's Office as Counsel for Constable's Office

222 Saint Louis Street
Suite 902
Baton Rouge, LA 70802

# **Exhibit 1**

United States Bankruptcy Court
Middle District of Louisiana

In re:                                                          Case No. 22-10665-MAC

Sherry Foster                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 053N-3                    User: ao1492bnc                    Page 1 of 2
Date Rcvd: Dec 19, 2022                 Form ID: 309A                      Total Noticed: 33

The following symbols are used throughout this certificate:
Symbol      Definition
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sherry Foster, 3226 Midway Ave., Baton Rouge, LA 70805 |
| 2068248 | + | 1st Franklin Financial Corp., 9244 Florida Ave. Ste. A, Baton Rouge, LA 70815-1160 |
| 2068250 | + | 1st Heritage Credit, 1406 S. Range Ave. Ste. 1, Denham Springs, LA 70726-4801 |
| 2068252 | + | Baton Rouge City Constable, P.O. Box 1471, Baton Rouge, LA 70821-1471 |
| 2068253 | + | Baton Rouge City Court, 233 St. Louis St., Baton Rouge, LA 70802-5815 |
| 2068276 | + | Baton Rouge Water Co., P.O. Box 96016, Baton Rouge, LA 70896-9016 |
| 2068254 | + | Capital City Credit, 3765 North Blvd., Baton Rouge, LA 70806-3823 |
| 2068258 | + | Comenity Capital/The Children's Place, 3095 Loyalty Circle Bld. A, Columbus, OH 43219-3673 |
| 2068260 | + | Guidry Law Group, P.O. Box 5255, Lafayette, LA 70502-5255 |
| 2068264 | + | Richard Bankston, 427 S. Foster Dr., Baton Rouge, LA 70806-4108 |
| 2068265 | + | Robert Cuccia, Attorney, 311 Goode St., Houma, LA 70360-4513 |
| 2068266 | + | Royal Furniture Company, 502 N. 19th, Baton Rouge, LA 70802-3738 |
| 2068268 | | Sherman Credit, 4645 North Blvd., Baton Rouge, LA 70806 |
| 2068269 | | Supreme Credit Inc., 4501 North Blvd., Baton Rouge, LA 70806-4034 |
| 2068270 | | Tower Loan, P.O. Box 32001, Flowood, MS 39232 |

TOTAL: 15

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address<br>Email/Text: | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | jstinnett@slls.org | | Jason Stinnett, Southeast Louisiana Legal<br>Services, 715 Ferdinand St., Baton Rouge, LA<br>70802 |
| | | | Dec 19 2022 19:56:00 | |
| tr | + | EDI: BDMMURRAY.COM | | Dwayne M. Murray, 4970 Bluebonnet Blvd, Suite<br>B, Baton Rouge, LA 70809-3089 |
| | | | Dec 20 2022 01:04:00 | |
| 2068256 | + | EDI: WFNNB.COM | | CoMenity Bank/Lane Bryant, 6939 Americana<br>Parkway, Reynoldsburg, OH 43068-4171 |
| | | | Dec 20 2022 01:04:00 | |
| 2068255 | + | EDI: WFNNB.COM | | Comenity Bank/Burlington, 3095 Loyalty Circle<br>Bld. A, Columbus, OH 43219-3673 |
| | | | Dec 20 2022 01:04:00 | |
| 2068257 | + | EDI: WFNNB.COM | | Comenity Bank/Victoria's Secret, 3095 Loyalty<br>Circle, Bld. A, Columbus, OH 43219-3673 |
| | | | Dec 20 2022 01:04:00 | |
| 2068277 | | Email/Text: CCICollectionsGlobalForms@cox.com | | Cox Communications, Inc., 7401 Florida Blvd,<br>Baton Rouge, LA 70806-4188 |
| | | | Dec 19 2022 19:56:39 | |
| 2068278 | | Email/Text: credit7@entergy.com | | Entergy, P.O. Box 8108, Baton Rouge, LA<br>70891-8108 |
| | | | Dec 19 2022 19:56:00 | |
| 2068259 | | EDI: PHINAMERI.COM | | GM Financial, P.O. Box 181145, Arlington, TX<br>76096-1145 |
| | | | Dec 20 2022 01:04:00 | |
| 2068249 | | Email/Text: fhbankruptcy@heightsfinance.com | | 1st Heritage Credit, 6253 Lavey Lane, Baker, LA<br>70714 |
| | | | Dec 19 2022 19:56:00 | |
| 2068272 | + | Email/Text: julie.n.taylor@irscounsel.treas.gov | | Internal Revenue Service, District Counsel, P.O.<br>Box 30509, New Orleans, LA 70190-0509 |
| | | | Dec 19 2022 19:56:00 | |
| 2068271 | | EDI: IRS.COM | | |

# **<u>Exhibit 2</u>**

LAW OFFICES OF

A Grantee of

# SOUTHEAST LOUISIANA LEGAL SERVICES

LSC

715 St. Ferdinand Streeet          Baton Rouge, LA 70802          Telephone: 225-448-0080

FAX: (225) 383-1197        Email: selegal@slls.org      Website: www.lawhelp.org/la

## FACSIMILE COVER SHEET

FAX NUMBER: 225-389-3029  DATE: 12/19/22

ATTENTION: Maureen

COMPANY FIRM: Baton Rouge Constables - Garnishment

FROM: SLLS

COMPANY FIRM: Southeast Louisiana Legal Services

RE: Notice of Bankruptcy Case Filing on Sheney Foster

_____ NUMBER OF PAGES INCLUDING COVER

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONFIDENTIALITY NOTICE

    This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney/client privilege. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any action in reliance on the contents of this transmission is strictly prohibited.

    If you have received this transmission in error, please notify us by telephone to arrange for return of the documents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States Bankruptcy Court
Middle District of Louisiana



## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 7 of the United States Bankruptcy Code, entered on 12/16/2022 at
2:23 PM and filed on 12/16/2022.

**Sherry Foster**
3226 Midway Ave.
Baton Rouge, LA 70805
SSN / ITIN: xxx-xx-0404

The case was filed by the debtor's attorney:   The bankruptcy trustee is:

**Jason Stinnett**                             **Dwayne M. Murray**
Southeast Louisiana Legal Services             4970 Bluebonnet Blvd
715 Ferdinand St.                              Suite B
Baton Rouge, LA 70802                          Baton Rouge, LA 70809
225-448-0080                                   225-925-1110

The case was assigned case number 22-10665 to Judge Michael A. Crawford.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor
and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor
can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the
Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet*
home page http://ecf.lamb.uscourts.gov/ or at the Clerk's Office, Middle District of Louisiana, 707 Florida Street, Room 119,
Baton Rouge, LA 70801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Joseph S. Guercio, III
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/19/2022 13:51:39 | | |
| PACER Login: | jsstinnett | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 22-10665 |
| Billable Pages: | 1 | Cost: | 0.10 |

# Uniti Fiber Fax Service

## FAX **DELIVERY** NOTIFICATION

Account: FB2253831197
12/19/2022 2:04:14 PM

The following fax was **successfully** sent to the specified recipient.

| | |
|---|---|
| **Fax Number:** | **2253893029** |
| Remote CSID: | (station ID of receiving fax device) |
| Pages: | 2 |
| Status: | No errors |

## FAX TRANSMISSION DETAILS

| | |
|---|---|
| Sent On: | 12/19/2022 2:05:43 PM |
| Duration: | 85 seconds |
| Speed: | 14400 bps |
| Retries: | 0 |
| Event ID: | a78d1e6b-1aea-4942-8a39-6717e510ab26 |


Fiber

---

LAW OFFICES OF

**SOUTHEAST LOUISIANA LEGAL SERVICES**

A division of LSC

712 S. Foster Street · Baton Rouge, LA 70806 · Telephone 225-448-0302
FAX: (225) 242-1177 · Email: sclsro@slls.org · Website: www.lsnola.org/la

### FACSIMILE COVER SHEET

FAX NUMBER: 225-389-3029   DATE: 12/19/22

ATTENTION: Maureen

COMPANY FIRM: Baton Rouge Constables - Garnishment

FROM: SLLS

COMPANY FIRM: Southeast Louisiana Legal Services

RE: Notice of Bankruptcy, Case Filing or Stay of Garnishment

NUMBER OF PAGES INCLUDING COVER

**CONFIDENTIALITY NOTICE**

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney/client privilege. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review or reliance on the contents of this transmission is strictly prohibited.

If you have received this transmission in error, please notify us by telephone to arrange for return of the documents.

LAW OFFICES OF

A Grantee of

 LSC

# SOUTHEAST LOUISIANA LEGAL SERVICES

715 St. Ferdinand Street          Baton Rouge, LA 70802          Telephone: 225-448-0080

FAX: (225) 383-1197     Email: selegal@slls.org     Website: www.lawhelp.org/la

## FACSIMILE COVER SHEET

FAX NUMBER: 225-389-3029     DATE: 1/9/23

ATTENTION: Maureen or Garnishment dept.

COMPANY FIRM: Baton Rouge Constables - Garnishment

FROM: SLLS

COMPANY FIRM:     Southeast Louisiana Legal Services

RE: Notice of Bankruptcy Case Filing on Sherry Foster.

Two cases: 1st Franklin Financial v. Sherry Foster   22-05000-13
Capitol City Credit v. Sherry Foster   0617 9846-1

_____ NUMBER OF PAGES INCLUDING COVER

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney/client privilege. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any action in reliance on the contents of this transmission is strictly prohibited.

If you have received this transmission in error, please notify us by telephone to arrange for return of the documents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States Bankruptcy Court
Middle District of Louisiana

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 12/16/2022 at 2:23 PM and filed on 12/16/2022.

Sherry Foster
3226 Midway Ave.
Baton Rouge, LA 70805
SSN / ITIN: xxx-xx-0404

The case was filed by the debtor's attorney:          The bankruptcy trustee is:

Jason Stinnett                                         Dwayne M. Murray
Southeast Louisiana Legal Services                    4970 Bluebonnet Blvd
715 Ferdinand St.                                     Suite B
Baton Rouge, LA 70802                                 Baton Rouge, LA 70809
225-448-0080                                          225-925-1110

The case was assigned case number 22-10665 to Judge Michael A. Crawford.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.lamb.uscourts.gov/ or at the Clerk's Office, Middle District of Louisiana, 707 Florida Street, Room 119, Baton Rouge, LA 70801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Joseph S. Guercio, III
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/09/2023 09:21:50 | | |
| PACER Login: | jsstinnett | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 22-10665 |
| Billable Pages: | 1 | Cost: | 0.10 |

# Uniti Fiber Fax Service
## FAX **DELIVERY** NOTIFICATION

Account: FB2253831197
1/9/2023 9:28:42 AM

The following fax was **successfully** sent to the specified recipient.

| | |
|---|---|
| **Fax Number:** | **2253893029** |
| Remote CSID: | (station ID of receiving fax device) |
| Pages: | 2 |
| Status: | No errors |

## FAX TRANSMISSION DETAILS

| | |
|---|---|
| Sent On: | 1/9/2023 9:29:46 AM |
| Duration: | 80 seconds |
| Speed: | 14400 bps |
| Retries: | 0 |
| Event ID: | 92689eba-03fe-4050-8218-671677d56460 |



Uniti
Fiber

# Exhibit 3

CITY CONSTABLE'S OFFICE
CITY OF BATON ROUGE
GARNISHMENT TRANSACTIONS REPORT
1/26/2023

GARN DOCKET: 06129846  GARN CIF: 200710260181

| TRAN SEQ | VOUCHER NUM | TRAN DATE | CHECK NUM | CHECK SEQ | TRAN AMT | MARS PMT | COURT PMT | COURT BAL | INT PMT | INT BAL | PRIN PMT | PRIN BAL | ATTNY PMT | ATTNY BAL | OVR PMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1247872 | CN221116 | 16-NOV-22 | 40534378 | 1125935 | 102.97 | 6.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.80 | 907.91 | 0.00 |
| 1248984 | CN221130 | 30-NOV-22 | 40763928 | 1126874 | 100.49 | 6.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94.47 | 813.44 | 0.00 |
| 1250394 | CN221208 | 08-DEC-22 | 40888953 | 1127910 | 102.60 | 6.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.45 | 716.99 | 0.00 |
| 1250469 | CN221208 | 08-DEC-22 | 41000238 | 1127983 | 106.63 | 6.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.24 | 616.75 | 0.00 |
| 1251068 | CN221215 | 15-DEC-22 | 41116104 | 1128445 | 108.69 | 6.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.17 | 514.58 | 0.00 |
| 1251747 | CN221227 | 27-DEC-22 | 41233486 | 1128979 | 103.09 | 6.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.91 | 417.67 | 0.00 |
| 1252381 | CN230104 | 04-JAN-23 | 41371786 | 1129594 | 110.87 | 6.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 104.22 | 313.45 | 0.00 |
| 1253348 | CN230111 | 11-JAN-23 | 41581173 | 1130437 | 82.55 | 4.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 77.60 | 235.85 | 0.00 |
| 1254387 | CN230123 | 23-JAN-23 | 41737725 | 1131434 | 83.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 83.84 |
| 1254690 | CN230125 | 25-JAN-23 | 41804563 | 1131742 | 92.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.47 |

GARN_TRANSACTIONS_PDF

Runtime: 01/26/2023 15:17:02

# **Exhibit 4**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Sherry Foster |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Louisiana |
| Case number | 22-10665 |

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

Capital City Credit, Inc
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Richard D. Bankston
Name

427 South Foster Drive
Number      Street

Baton Rouge        LA        70806
City                State        ZIP Code

Contact phone (225) 346-1999

Contact email _____

Where should payments to the creditor be sent? (If different)

Richard D. Bankston
Name

427 South Foster Drive
Number      Street

Baton Rouge        LA        70806
City                State        ZIP Code

Contact phone (225) 346-1999

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ___ / ___ / ___
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                              Proof of Claim                              page 1

**Part 2:**     **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   6   5   7   4 |

| | |
|---|---|
| 7. **How much is the claim?** | $ _____ 396.98 . Does this amount include interest or other charges?<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Money Loaned _____ |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>    **Nature of property:**<br>    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>    Value of property:         $_____<br>    Amount of the claim that is secured:   $_____<br>    Amount of the claim that is unsecured:   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>    Amount necessary to cure any default as of the date of the petition:   $_____<br><br>    Annual Interest Rate (when case was filed) _____%<br>    ☐ Fixed<br>    ☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date  _01 / 11 / 2023_
                   MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Richard D. Bankston | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Capital City Credit, Inc | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 427 South Foster Drive | | |
| | Number      Street | | |
| | Baton Rouge | LA | 70806 |
| | City | State    ZIP Code | |
| Contact phone | (225) 346-1999 | Email | |

Official Form 410                                    Proof of Claim                                    page 3

LENDER-CREDITOR
NAME & ADDRESS:  GULFCO
3765 NORTH BLVD
BATON ROUGE, LA 70805

BORROWER'S NAME & ADDRESS
SHERRY FOSTER
3346 ANNA ST
BATON ROUGE    LA 70805

10/25/04

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| 40.89 % | $ 435.16 | $ 884.84 | $ 1320.00 |

MY PAYMENT SCHEDULE WILL BE:

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 24 | $ 55.00 | 12/01/04 |
| | $ 55.00 | 11/01/06 |

2 27" RCA COLR TELEVISIONS, 1 STEREO SYSTEM

AMOUNTS PAID TO INSURANCE COMPANIES FOR:
Credit Life Insurance         $ 42.65
Credit Disability Insurance   $ 56.76
Property Insurance            $ 103.96

AMOUNTS PAID TO PUBLIC OFFICIALS FOR:
Filing Fee          $ 0.00
Termination Fee     $ 0.00
Real Estate Notary Fee  $ 0.00
Notary Fee          $ 0.00

AMOUNTS OF OTHER ITEMS PAID:
To  R.E. Release fee        $ 0.00
for Real Estate Appraisal Fee   $ 0.00
for  Mortgage fee           $ 0.00
for Title Examination Fee   $ 0.00
To You for Origination Fee  $ 25.00
To You for Documentation Fee $ 20.00
To  GULFCO INS              $
for Non Filing Insurance    $ 30.00
To  R.E. Recording          $ 30.00
To  CRG                     $ 30.00
To  GULFCO-AD&D             $ 50.00
                            $ 0.00
                            $ 0.00
                            $ 0.00
                            $ 0.00
(Less) Prepaid Finance Charge   $ 75.00

SECURITY AGREEMENT

Misc items described below

PROMISSORY NOTE – NEGOTIABLE PAPER

CONTRACT RATE  32.00 %

ORIGINAL

06-574

| | |
|---|---|
| CAPITAL CITY CREDIT, INC. | NUMBER: 0612-09846   DIVISION: D |
| VERSUS | BATON ROUGE CITY COURT |
| | CITY OF BATON ROUGE |
| SHERRY FOSTER | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

*************************************************************

### JUDGMENT

Citation having been made on defendant(s) Sherry Foster          on December 26,

2006, and he/she having failed to appear and file an answer, the plaintiff having made due proof of its claim

according to law, and the law and evidence being in favor hereof, for reasons orally assigned;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment herein in favor of

Capital City Credit, Inc., and against defendant Sherry Foster, in the full sum of $1,180.00 together with

interest from the date of judicial demand at the rate of 32.00%, until November 1, 2007, and thereafter at

the rate of 18% until satisfied, an attorney's fee of Twenty-Five Percent (25%) of the total amount; for all

costs.

JUDGMENT, RENDERED AND SIGNED in chambers at Baton Rouge, Louisiana, this

21 day of June , 200 7.


S/YVETTE M. ALEXANDER
JUDGE

RESPECTFULLY SUBMMITTED:
RICHARD D. BANKSTON
Bar Roll #: 24013
335 S. Acadian Thruwy.
Baton Rouge, Louisiana 70806
Telephone: (225) 346-1999


Richard D. Bankston


FILED May 10 20 07
(SIGNED) Pamela Clerk
Chief Deputy/Deputy Clerk
Depurized Clerk/Specialist of Baton Rouge City Court
A TRUE COPY July 09 20 07
(SIGNED) Clerk
Chief Deputy/Deputy Clerk
Depurized Clerk/Specialist of Baton Rouge City Court

06-54

20060574

CAPITAL CITY CREDIT, INC.                      NUMBER: 0612-09846  DIVISION: D

VERSUS                                         BATON ROUGE CITY COURT

SHERRY FOSTER                                  CITY OF BATON ROUGE

                                               PARISH OF EAST BATON ROUGE

                                               STATE OF LOUISIANA

*************************************************************************

<u>MOTION TO REVIVE JUDGMENT</u>

NOW INTO COURT, through undersigned counsel comes plaintiff, Capital City Credit, Inc. who, pursuant to La. C.C.P. Art. 2031, moves this honorable court for a judgment reviving the judgment rendered herein on June 21, 2007 for the following reasons:

1.

The Court rendered judgment herein in favor of Capital City Credit, Inc. on June 21, 2007.

2.

As shown by the affidavit attached hereto and made a part hereof as "exhibit A" the above described judgment remains unsatisfied.

3.

Louisiana Code of Civil Procedure Article 2031 allows a plaintiff to revive a judgment at any time before it prescribes by the filing of an ex parte motion accompanied by an affidavit of the holder and owner of the judgment stating that the original judgment has not been satisfied.

WHEREFORE, plaintiff, Capital City Credit, Inc. prays for judgment in its favor, reviving the judgment rendered herein on June 21, 2007.

                                        RESPECTFULLY SUBMITTED:
                                        RICHARD D. BANKSTON
                                        ATTORNEY AT LAW, INC.
                                        Bar Roll # 24013
                                        427 South Foster Drive
                                        Baton Rouge, Louisiana 70806
                                        Telephone (225) 346-1999

                                        Richard D. Bankston

<u>JUDGMENT</u>

IT IS ORDERED, adjudged and decreed that there be judgment in favor of plaintiff, Capital City Credit, Inc., and against defendant Sherry Foster                  ), reviving the judgment rendered herein on June 21, 2007.

Thus done and signed this 10th day of February, 20 17, Baton Rouge, Louisiana.

FILED (SIGNED) Jan 01 2017                     s/ Mike A. LaVergne, AD HOC
              Deputy Clerk                     JUDGE
              Baton Rouge City Court

A TRUE COPY (SIGNED)
              Deputy Clerk
              Baton Rouge City Court

# RICHARD D. BANKSTON, ATTORNEY AT LAW, INC.

427 South Foster Drive
Baton Rouge, LA 70806
(225) 346-1999

January 03, 2023

**Capital City Credit, Inc.**
**v.**
**Sherry Foster**

**Number: 0612-09846**
**Our File # 20060574**

### Payoff as of December 16, 2022

| | Beginning Balance | Additions | Credits | Balance |
|---|---|---|---|---|
| Principal | $1,180.00 | | $1,180.00 | $0.00 |
| Interest | | $3,445.83 | $3,445.83 | $0.00 |
| Attorney Fees | | $1,164.46 | $1,164.46 | $0.00 |
| Costs | | $915.58 | $518.60 | $396.98 |
| Totals | $1,180.00 | $5,525.87 | $6,308.89 | $396.98 |